IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

BRANDON A. MENTCH,

        Plaintiff,

   v.

K. GARCEAU (Warden), *et al.*,

        Defendants.

Case No. 25-cv-832-wmc
_____

      On October 15, 2025, I ordered plaintiff Brandon A. Mentch to pay $2.53 toward the filing fee for this case. Now plaintiff asks to waive the initial partial payment, explaining that he is scheduled to be released from Columbia Correctional Institution within days, and that he will be homeless, unable to pay for anything, after a period at transitional living place. Dkt. 9. I will GRANT the motion to waive the initial partial payment, finding that plaintiff lacks the means to prepay any portion of the filing fee.

      Plaintiff also asks the court to provide him with a lawyer to represent him in this matter pursuant to 28 U.S.C. § 1915(e)(1). I will DENY that motion without prejudice. Plaintiff does not currently face any litigation obligations because the court has yet to screen this case. Once the case has been screened under the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2), then plaintiff may renew his request for the court to assist him in finding an attorney who may be willing to represent him voluntarily. Plaintiff is advised that he will have to show two things: (1) copies of letters from at least three attorneys to whom he has written and who have refused to take his case; and (2) that the legal and factual difficulty of the case exceeds his ability. On the second requirement, plaintiff will have to specifically explain which litigation tasks would be too difficult for him to complete without counsel.

1

ORDER

IT IS ORDERED:

1. Plaintiff Brandon A. Mentch's request to waive the initial partial filing fee is GRANTED. However, plaintiff remains responsible for paying the entire $350 filing fee for this case when funds exist.

2. Plaintiff's request for the court to provide him with an attorney to represent him in this matter is DENIED without prejudice.

3. No further action will be taken in this case until the court has screened plaintiff's complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, the court will issue a separate order.

Entered this 21st day of October, 2025.

BY THE COURT:

/s/

_____
ANDREW R. WISEMAN
U.S. Magistrate Judge